UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ROGERS, ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v.  ) | Case No.: 2:15-cv-00584-CRE |
| ) | |
| VERDE ENERGY USA, INC., ) | |
| ) | |
| **Defendant** ) | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Kevin P. Allen* | */s/ Craig Thor Kimmel* |
| Kevin P. Allen, Esq. | Craig Thor Kimmel |
| Eckert Seamans Cherin & Mellot | Kimmel & Silverman, P.C. |
| 600 Grant Street, 44th Floor | 30 East Butler Pike |
| Pittsburgh, PA 15219 | Ambler, PA 19002 |
| Phone: (412) 566-6866 | Phone: (215) 540-8888 |
| Email: kpallen@eckertseamans.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: January 11, 2016 | Date: January 11, 2016 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 11th day of January, 2016:

Kevin P. Allen, Esq.
Peter J. Horne, Esq.
Eckert Seamans Cherin & Mellot
600 Grant Street
USX Tower 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6866
Email: kpallen@eckertseamans.com
Email: phorne@eckertseamans.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Email: kimmel@creditlaw.com
Attorney for the Plaintiff